# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br>THE ROCKPORT COMPANY, LLC, *et al.*,<br>             Debtors.[1] | Chapter 11<br>Case No. 18-11145 (LSS)<br>(Jointly Administered) |
| THE ROCKPORT GROUP, LLC, *et. al*,<br>             *Plaintiffs*,<br><br>        v.<br><br>ADIDAS AG and REEBOK INTERNATIONAL LTD.,<br>             *Defendants.*<br><br>ADIDAS AG; ADIDAS (UK) LTD.; ADIDAS BENELUX BV; ADIDAS ESPANA S.A.U.; ADIDAS PORTUGAL, ARTIGOS DE DESPORTO, S.A.; ADIDAS SVERIGE AB; ADIDAS KOREA LLC; ADIDAS JAPAN, K.K., and ADIDAS INTERNATIONAL TRADING, B.V.,<br>             *Plaintiffs-in-Counterclaim*,<br>        v.<br><br>ROCKPORT CANADA HOLDINGS, LTD.; THE ROCKPORT COMPANY JAPAN K.K.; THE ROCKPORT COMPANY KOREA LTD; CALZADOS ROCKPORT S.L. (ES); THE ROCKPORT COMPANY, PORTUGAL UNIPESSOAL, LDA.; THE ROCKPORT COMPANY, B.V.; and ROCKPORT INTERNATIONAL LIMITED (UK),<br>             *Defendants-in-Counterclaim.* | Adversary Proceeding<br>No. 18-50636 (LSS) |

## STIPULATION OF DISMISSAL

The parties in the above-captioned adversary proceeding (the "Adversary Proceeding") hereby stipulate to the dismissal with prejudice of the Adversary Proceeding under Fed. R. Civ.

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Rockport Blocker, LLC (5097), The Rockport Group Holdings, LLC (3025), TRG 1-P Holdings, LLC (4756), TRG Intermediate Holdings, LLC (8931), TRG Class D, LLC (4757), The Rockport Group, LLC (5559), The Rockport Company, LLC (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Rockport Canada ULC (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

P. 41(a)(1)(A)(ii), incorporated into this Adversary Proceeding by Fed. R. Bankr. P. 7041, and further stipulate that each side will bear its own costs and expenses, including attorneys' fees.

| **For the Plaintiffs and Defendants-in-Counterclaim** | **For the Defendants and Plaintiffs-in-Counterclaim** |
|---|---|
| By: /s/ *Cory D. Kandestin*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Cory D. Kandestin (No. 5025)<br>Robert C. Maddox (No. 5356)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Fax: (302) 651-7701 | By: /s/ *Norman L. Pernick*<br>Stephen Moeller-Sally<br>Marc B. Roitman<br>Kimberly J. Kodis<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Fax: (212) 596-9090<br><br>-and-<br><br>Norman L. Pernick (No. 2291)<br>Patrick J. Reilley (No. 4451)<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-2000<br>Fax: (302) 574-2100 |